# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH, EX REL. GILES W. WITHERSPOON, PRO-SE RELATOR, | : No. 153 MM 2020 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| GEORGE A. MILLER, SUPERINTENDENT S.C.I. WAYMART, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.